NEW YORK ELECTRIC LAMP CO., INC., v. AEROVOX WIRELESS CORPORATION.—Application granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

SAMUEL DEUTSCH v. HOME FIRE AND MARINE INSURANCE COMPANY OF CALIFORNIA.— Application denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

PEARL LA VAN ALLEN v. SADIE (MRS. EDWARD A.) WARREN and Others.—Application denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

SAMUEL HASS and Others v. SAMUEL SHILLET.— Application denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

EDWARD I. HEYMAN, Doing Business, etc., v. THORNLEY C. LUMM and Others. — Application denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ. '

CASEC REALTY CORPORATION v. THOMAS F. O'KANE and Others. CASEC REALTY CORPORATION v. THOMAS F. O'KANE and Another.— Application denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MASCO FINANCE COMPANY, INC., v. SIGMAR C. HILFER and Others.— Application granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MARY MATILDA ELIZABETH DEANE and Others v. SIMON SARNOFF and Others, Individually and as Partners, etc., and SARNOFF-IRVING HAT STORES, INC.—Application granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

WILLIAM H. GREENBERG and Others v. ELIZABETH HOLCOMB.— Application granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

CHARLES E. WILLIAMS v. AUGUST HECKSCHER and Another.— Application granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

FIFTH AVENUE PROTECTIVE ASSOCIATION v. S. GARNET GOESLE and Another. — Application denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

BALTIMORE AND OHIO RAILROAD COMPANY v. LONG ISLAND RAILROAD COMPANY. — Application denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

GRACE F. CALDWELL v. BOARD OF EDUCATION OF THE CITY OF NEW YORK.— Application denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

JESSIE LOUDERBACK v. BOARD OF EDUCATION OF THE CITY OF NEW YORK.— Application denied and stay vacated. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

JULIA E. COLE v. BOARD OF EDUCATION OF THE CITY OF NEW YORK.— Application denied and stay vacated. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MARY T. COLLIGAN v. BOARD OF EDUCATION OF THE CITY OF NEW YORK.— Application denied and stay vacated. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.